[No. 67860-4-I. Division One. January 22, 2013.]

*In the Matter of the Dependency of* N.D.C.

EVA BIBLE, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-7-03757-6, Patricia H. Clark, J., entered September 22, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, C.J., and Verellen, J.

[No. 67918-0-I. Division One. January 22, 2013.]

*In the Matter of the Marriage of* FORREST MICHAEL BURNARD, *Respondent*, and PATRICIA ANN BURNARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-3-07186-9, Monica J. Benton, J., entered October 11, 2011. *Remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Spearman, J.

[No. 67956-2-I. Division One. January 22, 2013.]

GLV INTERNATIONAL, INC., *Respondent*, v. AMERICAN RODSMITHS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-41980-2, Mary Yu, J., entered October 25, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Schindler, JJ.

[No. 68359-4-I. Division One. January 22, 2013.]

*In the Matter of the Dependency of* S.P.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. HAROLYNN PALMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-7-02149-0, Patricia H. Clark, J., entered January 23, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Verellen, J.